## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| John Cantu, et al.<br>    Plaintiffs<br><br>v.<br><br>The Brink's Company<br>    Defendant | Case No: 15 C 9240<br><br>Judge: Samuel Der-Yeghiayan |

## **ORDER**

For the reasons stated in the Court's memorandum opinion dated 05/06/16, Defendant's motion for summary judgment [17] is granted. All pending dates and motions, if any, are stricken as moot. Civil case terminated.

Date: May 6, 2016

/s/ Samuel Der-Yeghiayan
Samuel Der-Yeghiayan
U.S. District Court Judge