IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

John Cantu, et al.
Plaintiff(s),

v.

The Brink's Company
Defendant(s).

Case No. 15 C 9240
Judge Samuel Der-Yeghiayan

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☑ in favor of defendant(s) The Brink's Company
and against plaintiff(s) John Cantu and John Downes

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge                presiding, and the jury has rendered a verdict.
☐ tried by Judge               without a jury and the above decision was reached.
☑ decided by Judge  Samuel Der-Yeghiayan    on a motion for summary judgment.

Date: May 6, 2016                Thomas G. Bruton, Clerk of Court

/s/ Michael Wing            , Deputy Clerk